**IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| **JOAN CARTER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE** |
| **v.** | : | |
| | : | **NO. 4:14-CV-053** |
| **BELK, INC., d/b/a BELK OF** | : | |
| **SAVANNAH, and JANE DOE,** | : | |
| | : | **Chatham County State Court** |
| **Defendant.** | : | **File No. STCV-1400142** |

**JOINT CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

1.

The undersigned counsel of record for the parties certify that the following is a full and complete list of all parties to this action:

**Joan Carter, Belk, Inc., and Kimberly Sikes (the identity of the Jane Doe Defendant).**

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None.  The parties reserve the right to supplement this response should further responsive information be obtained.**

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Pamela Newsom Lee, Esq. (Swift, Currie, McGhee & Hiers, LLP) and Cletus W. Bergen, II, Esq. ( Cletus W. Bergen, II, J.D. P.C.)**

This 14th day of April 2014.

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:     _/s/ Pamela Newsom Lee_____
        Pamela Newsom Lee
        Georgia State Bar No. 198981
        Attorney for **Defendant**
        **BELK, INC.**

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
Pamela.lee@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **_Joint Certificate Of Interested Persons And Corporate Disclosure Statement_** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Cletus W. Bergen, II
Cletus W. Bergen, II, J.D., P.C.
233 West York Street
Savannah, Georgia 31401-3636

This 14th day of April 2014.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By:     /s/ Pamela Newsom Lee
Pamela Newsom Lee
Georgia State Bar No. 198981
Attorney for **Defendant**
**BELK, INC.**

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
Pamela.lee@swiftcurrie.com

2746741v.1