IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOAN CARTER,<br>    Plaintiff,<br><br>v.<br><br>BELK, INC., d/b/a BELK OF<br>SAVANNAH, and JANE DOE,<br>    Defendants. | Civil Action No.: 4:14-CV-053 |

## FIRST AMENDMENT TO COMPLAINT

**COMES NOW** the Plaintiff above named, by and through the undersigned attorney, and by agreement of counsel, and Amends her Complaint pursuant to F.R.C.P. 15(a)(2) as follows:

1.

By deleting Defendant, **JANE DOE,** as a party in the above-styled Complaint in its entirety and substituting in lieu thereof "**BELK, INC., d/b/a BELK OF SAVANNAH, ACTING THROUGH ITS AGENTS AND EMPLOYEES**".

**RESPECTFULLY** submitted this 29th day of May, 2014.

Cletus W. Bergen, II, J.D., P.C.

By: _____
**Cletus W. Bergen, II**
Attorney for Plaintiff
Georgia Bar I.D. #: 054150
223 West York Street
Savannah, Georgia 31401-3636
(912) 233-8001

Consented to this 29th day of May, 2014 by:

_____
**Pamela Newsom Lee**
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOAN CARTER,<br>    Plaintiff,<br><br>v.<br><br>BELK, INC., d/b/a BELK OF<br>SAVANNAH, and JANE DOE,<br>    Defendants. | Civil Action No.: 4:14-CV-053<br><br>Chatham County State Court<br>Civil Action No.: STCV-1400142 |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the **FIRST AMENDMENT TO COMPLAINT** upon the following by electronic notice and/or U.S. Postal Service:

Pamela N. Lee, Esq.
The Peachtree, Suite 300
1355 Peachtree Street, NE
Atlanta, Georgia 30309-3231

**RESPECTFULLY** submitted this 30th day of May, 2014.

Cletus W. Bergen, II, J.D., P.C.

By: _/s/ Cletus W. Bergen_
**Cletus W. Bergen, II**
Attorney for Plaintiff
Georgia Bar I.D. #: 054150
223 West York Street
Savannah, Georgia 31401-3636
(912) 233-8001