# Ellis Painter Ratterree & Adams LLP

ATTORNEYS AT LAW
Post Office Box 9946
Savannah, GA 31412

TELEPHONE: (912) 233-9700
FAX: (912) 233-2281
58-1788955

Pamela Lee
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309

Cletus Bergen, II, J.D., P.C.
223 West York Street
Savannah, Georgia 31401

August 20, 2015
Page: 1
Client: 002584
Matter: 000596
Invoice #: 164522

RE: Joan Carter v. Belk, Inx. d/b/a Belk of Savannah

For Professional Services Rendered:

| Date | Itemized Services | Atty |
|---|---|---|
| 7/31/2015 | Review confidential mediation statements, etc. submitted by parties. | RCR |
| 8/06/2015 | Final preparation for and conduct mediation | RCR |

Total Services $1,820.00

| Date | Additional Charges | |
|---|---|---|
| 08/06/2015 | Panera Bread – lunch during mediation | $68.52 |

| | |
|---|---|
| Total | $1,888.52 |
| Due from Ms. Lee | $944.26 |
| **Due from Mr. Bergen** | **$944.26** |
| Total Amount Now Due | $1,888.52 |

Please Pay by Invoice Number



Ex A