FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 11 PM 3:35
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOAN CARTER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-053
)
BELK INC., d/b/a Belk of )
Savannah, )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff's Motion for Pre-Trial Settlement Conference. (Doc. 69.) In her motion, Plaintiff requests that the Court conduct a settlement conference with the parties prior to trial, and for Defendant's counsel to possess settlement authority or have reasonable access to an individual with such authority. (Id. at 3.) Defendant has not opposed Plaintiff's request. As a result, Plaintiff's motion is **GRANTED**. Accordingly, this matter is scheduled for a settlement conference in front of Magistrate Judge R. Stan Baker at 10:00 a.m. on Tuesday, January 26, 2016 at the Federal Courthouse, Third Floor Courtroom, located at 125 Bull Street in Savannah, Georgia.

SO ORDERED this 11th day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA