FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 22 AM 10: 55
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOAN CARTER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-053
)
BELK, INC., d/b/a Belk of )
Savannah, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 85.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. Plaintiff's Motion for Hearing and Pre-trial Conference (Doc. 79) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA